

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2021

No. 04-21-00462-CV

Genaro Rene **PERALES**,
Appellant

v.

**LUX LAND LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV03390
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Genaro Rene Perales, pro se, has filed a notice of appeal and the clerk has filed the record. The record reflects appellee obtained a judgment for eviction in the justice court, and the judgment was appealed to the county court at law. The case was set for a non-jury trial on October 21, 2021.

Perales filed a notice October 22, 2021, stating his desire to appeal the trial court's judgment. However, the clerk's record does not contain a signed judgment. Instead, it contains a proposed judgment that has been stricken through and judge's notes and a docket entry, both of which state "default judgment denied." In addition, the record reflects the case has been reset for a non-jury trial on January 14, 2022.

A written and signed judgment is necessary for an appeal. *See* Tex. R. App. P. 26.1 (appellate timetable runs from the date the judgment or order is signed); *Garza v. Texas Alcoholic Beverage Comm'n*, 89 S.W.3d 1, 8–9 (Tex. 2002); *Farmer v. Ben E. Keith Co.,* 907 S.W.2d 495, 496 (Tex. 1995) (per curiam).

We **order** the parties may respond by **December 2, 2021**, showing cause why this appeal should not be dismissed for want of jurisdiction. If a satisfactory response is not filed within the time provided, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c).

We further **order** all deadlines in this appeal stayed until further order of the court.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2021.

MICHAEL A. CRUZ, Clerk of Court